**Below is the Order of the Court.**

_____
**Marc Barreca**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>Jean Michale Guerin<br><br>      Debtor. | No. 18-10438-MLB |
| HYUNG-SIK HAROLD YOO and EUN-MI KIM YOO, individually and the marital community thereof,<br><br>      Creditors/Plaintiffs,<br><br>v.<br><br>MICHAEL MALONE, AKA JEAN MICHALE GUERIN,<br><br>      Debtor/Defendant. | Adv. No. 18-01051-MLB<br><br>ORDER ON DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT |

THIS MATTER came before the Court on August 22, 2018, upon the Motion of the Defendant's Motion for Partial Summary Judgment (Dkt. No. 9). The Court considered the

ORDER ON DEFENDANT'S MOTION FOR
PARTIAL SUMMARY JUDGMENT      - 1
SJ Order amend.wpd

**MARC S. STERN**
**ATTORNEY AT LAW**
**1825 NW 65TH STREET**
**SEATTLE, WA 98117**
**(206)448-7996**

records and files herein, and the argument of counsel. The Court made oral Findings of Fact and Conclusions of Law that are adopted and incorporated herein pursuant to Fed.R.Civ.P. 52(a) and Fed.R.Bank.P. 7052, to the extent that findings of fact and conclusions of law are necessary on this Motion for Summary Judgment.

Now, therefore, IT IS ORDERED:

1. Defendant's Motion for Summary Judgment is GRANTED in part and DENIED in part.

2. Pursuant to Fed. R. Civ. P. 56(g), there is no genuine issue of fact as to the Record Title Owner of the Malone property commonly known as 1846 Emerald Lake Way, Bellingham, Whatcom County, Washington, 98226 and that the debtor is not the same individual as the Record Title Holder of the Malone property.

/// End of Order ///

Presented by:

*/s/ Marc S. Stern*
Marc S. Stern, WSBA #8194
Attorney for Debtor

ORDER ON DEFENDANT'S MOTION FOR
PARTIAL SUMMARY JUDGMENT   - 2
SJ Order amend.wpd

**MARC S. STERN**
**ATTORNEY AT LAW**
**1825 NW 65TH STREET**
**SEATTLE, WA 98117**
**(206)448-7996**

Case 18-01051-MLB   Doc 31   Filed 10/12/18   Ent. 10/12/18 15:19:26   Pg. 2 of 2