Entered on Docket August 23, 2019



**Below is the Judgment of the Court.**

_____
**Marc Barreca**
**U.S. Bankruptcy Court Judge**
**(Dated as of Entered on Docket date above)**

_____

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>Jean Michale Guerin,<br><br>Debtor. | Case No. 18-10438-MLB |
| Hyung-Sik Harold Yoo and Eun-Mi Kim Yoo,<br><br>Plaintiffs,<br><br>v.<br><br>Michael Malone *aka* Jean Michale Guerin,<br><br>Defendant. | Adversary No. 18-01051-MLB<br><br>**JUDGMENT** |

This matter came before me for trial on August 1, 2019 with Hyung-Sik Harold Yoo and Eun-Mi Kim Yoo ("Plaintiffs") appearing *pro se* and Michael Malone *aka* Jean Michaele Guerin ("Defendant") being represented by Marc Stern. On August 21, 2019, I issued oral findings of fact and conclusions of

JUDGMENT - 1

law pursuant to Fed. R. Bankr. P. 7052 and Fed. R. Civ. P. 52, which I fully incorporate herein.[1] NOW THEREFORE, it is hereby:

ORDERED that judgment is entered in favor of the Plaintiffs on the claim for relief under 11 U.S.C. § 523(a)(6) and that the debt created by the claims for (1) defamation; and (2) tortious interference with a business expectancy in Whatcom County Superior Court Case No. 16-2-01164-7 is non-dischargeable; it is further

ORDERED that judgment is hereby entered in favor of the Defendant on the claims for relief under 11 U.S.C. §§ 727(a)(2) and (4).

/// END OF ORDER ///

**To be served on the *pro se* Plaintiffs via the BNC.**

---

[1] I previously bifurcated Defendant's amended counterclaims from the issues to be heard at the August 1, 2019 trial. *See* Dkt. No. 124. This judgment does not affect the amended counterclaims, which are currently set for trial on March 3, 2020 and March 5, 2020.

JUDGMENT - 2